# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

TIM COMSTOCK,

    Plaintiff,

vs.

                              Case No.: 03-2832 D

FEDERAL EXPRESS CORPORATION, et al.,

    Defendants.

## ORDER OF DISMISSAL

It appears to the Court that the plaintiff, by and through counsel, has filed a voluntary dismissal as to his claim.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Notice of Dismissal.

**IT IS SO ORDERED** this 30 day of June 2005.

                                        BERNICE B. DONALD
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-5-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02832 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Richard S. McConnell
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT